[No. 33939-7-I.    Division One.    May 8, 1995.]

WALT WRIGHT, ET AL, *Appellants*, v. KING COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-26426-7, Charles v. Johnson, J., entered

December 7, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Agid, J.